IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
DEC 06 2022
TAMMY H. DOWNS
By: ___mw___ IN OPEN COURT
DEPUTY CLERK

UNITED STATES OF AMERICA            PLAINTIFF

v.           Case No. 4:19-cr-00158 KGB

**CHRISTOPHER HARCROW**           **DEFENDANT**

### VERDICT

We, the jury, find the defendant, CHRISTOPHER HARCROW,

(GUILTY) *[circled]*

NOT GUILTY

(PLEASE CIRCLE ONE)

of Attempted Enticement of a minor as charged in Count 1 of the Indictment.

_____
Foreperson

12/6/22
Date

17