IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                       Case No. 4:19-cr-00158 KGB

CHRISTOPHER HARCROW                                                                      DEFENDANT

## ORDER

Before the Court is the government's motion *in limine* regarding entrapment argument (Dkt. No. 25). The government moves this Court to prohibit defendant Christopher Harcrow from asserting the affirmative defense of entrapment (*Id.*, at 1). Mr. Harcrow filed a belated response on December 4, 2022, opposing the government's motion *in limine* (Dkt. No. 27). *See generally* Local Rule 7.2(b) (explaining that "[w]ithin fourteen (14) days from the date of service of copies of a motion and supporting papers, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."). On December 4, 2022, the Court conducted a pre-trial hearing at which counsel and the parties were present. The Court heard argument from counsel regarding the then-pending motion. It took the government's motion under advisement (Dkt. No. 25).

For the reasons stated by the Court on the record before the parties outside of the presence of the jury on December 6, 2022, the Court denies the government's motion *in limine* (Dkt. No. 25).

It is so ordered this 6th day of December, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge